OPINION — AG — **** TURKEY GROWING-PROCESSING-INDUSTRIAL FINANCE AUTHORITY **** A PROCESSED TURKEY PRODUCT FOR PURCHASE BY THE CONSUMER COMES WITHIN THE DEFINITIONS OF BOTH "INDUSTRIAL" AND "MANUFACTURING" AND SUCH OPERATION IS THEREFORE AN "INDUSTRIAL DEVELOPMENT PROJECT," AS THAT TERM IS USED IN THE OKLAHOMA INDUSTRIAL FINANCE AUTHORITY ACT, 74 O.S. 1961 851-868 [74-851] — [74-868]. CITE: 74 O.S. 1961 855 [74-855], 74 O.S. 1961 851-868 [74-851] — [74-868] CHARLES L. OWENS